IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATONYA NATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NOS. |
| | : 2:15-CV-105-RWS |
| TIMOTHY WAYNE STEWART, | : |
| et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 17].  Having carefully considered the record, the Report and Recommendation, and the objections filed thereto [Doc. No. 21], the Report and Recommendation is adopted as the opinion and order of this Court.  As such, Plaintiff's Complaint [Doc. No. 1] is DISMISSED for failure to state a claim for relief.  Plaintiff's pending motions regarding appointment of counsel and related procedural matters [Doc. Nos. 7, 9, 10, and 16] are DENIED.  The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 28th day of August, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)